UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KELLI HOLT, | : | Civil No. 1:21-cv-00034 |
| | : | |
| Plaintiff, | : | HONORABLE PAUL L. MALONEY |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this matter to the Commissioner for further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date:  April 12, 2022

                                                             /s/  Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge